# EXHIBIT D

301598529

**US 7,422,162 Claim Element**

**Yuan Mei**
*Plaintiff,*
v.
**Snow Joe**
*Defendant.*

## US 7, 422,162 Claim Chart

301598529

US 7,422,162 Claim Element



| US 7,422,162 Claim Element | Snow Joe's SJI-OMS 16 | US 7,422,162 Specification and Drawings, Etc. |
|---|---|---|
| 1.Pre An automatic water inlet Switching device for an oscillating sprinkler | The package of the SJI-OMS-16 Accused Product (manufactured by Mecalium) is an "Oscillating Sprinkler". | The Plaintiff-produced package of the SJI-OMS-16 identifies the "Oscillating Sprinkler" and was Made in Taiwan. |

301598529

US 7,422,162 Claim Element

| US 7,422,162 Claim Element | | Snow Joe's SJI-OMS 16 | US 7,422,162 Specification and Drawings, Etc. |
|---|---|---|---|
| 1.A | a sprinkle control unit which drives a sprinkle means to produce angular swinging movement | As depicted below and explained in the product description, the SJI-OMS16 features a "control unit" (sealed, turbo gear driven unit) for supplying water to and turning a sprinkler means in an arc.<br><br>[Image showing Control Unit and Sprinkler Means labels]<br><br>**Product Description**<br>KEY FEATURES<br>Looking for a way to water your garden and lawn with precision and efficiency? Look no further than the Indestructible Metal Base Oscillating Sprinkler from Aqua Joe. With 16 clog-resistant nozzles, this sprinkler allows you to control the width and range of your watering, providing superior coverage of up to 3600 sq ft. Thanks to its sealed, turbo gear-driven unit, you can count on this sprinkler to provide reliable performance, while its extra-large indestructible solid-metal base offers added stability and durability in your yard and garden. And with a built-in clean-out tool, you can easily keep your nozzles clear for years of reliable operation. Whether you're looking to water a small garden or a large lawn, the Indestructible Metal Base Oscillating Sprinkler is compatible with a standard garden hose and can provide coverage up to 70 ft with a maximum pressure of 120 PSI and maximum flow of 6.65 GPM. So why wait? Keep your yard looking lush and beautiful all season long with this precision watering solution – Go With Joe® and Get Equipped®! | [FIG. 2 drawing showing components labeled 30, 31, 53, 53', 40, 701, 70, 702, 71, 532', 524', 721, 50, 72, 60] |
| 1.B | Said sprinkle control unit having a blade-equipped gear transmission set housed therein and working together with a water inlet Switching device having an operation unit and a movable Swinging seat, | As depicted below and explained in the product description from Defendants' website, the SJI-OMS16 features a "control unit" (sealed, turbo gear driven unit) with a "gear transmission set." (53)"The gear set" (70) "equipped with blades" (72) working with an "operation unit" (53) and a "movable swinging seat" (52) | [FIG. 2 drawing showing components labeled 30, 31, 53, 53', 40, 701, 70, 702, 71, 532', 524', 721, 50, 72, 60] |



301598529

| US 7,422,162 Claim Element | | Snow Joe's SJI-OMS 16 | US 7,422,162 Specification and Drawings, Etc. |
|---|---|---|---|
| 1.C(1) | [two water stop ends] in opposite to two water outlet ports defined on a coupling unit | As depicted above opposite the two "water stop ends" (522) are two "water outlet ports" (51) | FIG. 4 |
| 1.C(2) | and one of said water outlet ports being selectively blocked by one of said water stop ends in operation | As depicted below, due to slant of movable swinging seat, the left of "water outelet ports" (51) is shown being covered by the "left water stop end" (522) and with the movable swinging seat, switches to the reverse will occur. | |
| 1.D | and a concaved bounded space having push faces defined therein and placed at the center of the top of said movable Swinging seat to operate in cooperation | As depicted below, the top side of the movable swinging seat (52) forms a concave bounded space between two "push faces" (525, 526). The concave bounded space receives and holds the "actuation stick" (532). The actuation stick" (532) connects to the "drive rod" (531) to form in total the "operation unit" (53).  As the "drive rod" (531) and the "acutation stick" (532) are connected, when the "drive rod" (531) moves about a pivot point on the "operation unit" (53) to one side, the "actuation stick" (532) moves in linked harmony about that pivot point on the"operation unit" (53) to the opposite side. | |



**US 7,422,162 Claim Element**

| US 7,422,162 Claim Element | | Snow Joe's SJI-OMS 16 | US 7,422,162 Specification and Drawings, Etc. |
|---|---|---|---|
| | with an actuation stick of the operation unit which comprises an drive rod in connection to said actuation stick operable stick inside said bounded space so as to move in linkage with said actuation Stick |  |  |
| 1E | whereby as said sprinkle unit Swings to a limiting position set up by a restraint connector in the water inlet Switching operation | As depicted below, the "drive rod" (531) is limited in motion by the "restraint connector" (30).<br> |  |

301598529

| US 7,422,162 Claim Element | Snow Joe's SJI-OMS 16 | US 7,422,162 Specification and Drawings, Etc. |
|---|---|---|
| 1E(1) the Swinging angle of said actuation Stick is limited within said bounded space and | As depicted below, the "actuation stick" (532) is limited in motion, and therefore swinging angle, by the concave bounded space formed by the top of the "movable swinging seat" (52) and the two "push faces" (525, 526). | |
| 1E(2) said actuation Stick will move against said push face of said bounded space so as to gradually produce a built-up force to instantaneously spring away said movable Swinging seat whether the water pressure is in high or low operation. | As depicted below, the "actuation stick" (532) bound within the concave space and designed to push agianst the two "push faces" (525, 526), whereby upon pushing against a respecitve push face the respective side of movable swinging seat (52) will spring downward covering the respective water outlet port (51), whereas actual use of the Accused Product has confirmed said movement will occur whether the water pressure is in high or low operation. | |

| US 7,422,162 Claim Element | Snow Joe's SJI-OMS 16 | US 7,422,162 Specification and Drawings, Etc. |
|---|---|---|
| | Image of sprinkler interior with annotations: "53 gear transmission set", "532 Actuation Stick", "52 Movable Swinging Seat", "Concave space", "525, 526 push face". Below are two Amazon customer reviews ("First 1 failed but customer service was top notch" dated August 15, 2024, and "Best Oscillating Sprinkler I have ever had!" dated June 12, 2024) with highlighted text regarding oscillation at low water pressure. | |