# EXHIBIT E

**US 7,422,162 Claim Element**

**Yuan Mei**
*Plaintiff,*
v.
**Snow Joe**
*Defendant.*

### US 7, 422,162 Claim Chart



## US 7,422,162 Claim Element

| US 7,422,162 Claim Element | | Snow Joe's SJI-OMS 20 | US 7,422,162 Specification and Drawings, Etc. |
|---|---|---|---|
| 1.Pre | An automatic water inlet Switching device for an oscillating sprinkler | The package of the SJI-OMS-20 Accused Product (manufactured by Mecalium) is an "Oscillating Sprinkler" Made in Vietnam. | The Plaintiff-produced package of the SJI-OMS-20 identifies the "Oscillating Sprinkler" and was Made in Taiwan. |



301599549

## US 7,422,162 Claim Element

| US 7,422,162 Claim Element | | Snow Joe's SJI-OMS 20 | US 7,422,162 Specification and Drawings, Etc. |
|---|---|---|---|
| 1.A | a sprinkle control unit which drives a sprinkle means to produce angular swinging movement | As depicted below and explained in the product description, the SJI-OMS16 features a "control unit" (sealed, turbo gear driven unit) for supplying water to and turning a sprinkler means in an arc.<br><br>[Image: Control unit and Sprinkler means labeled on product]<br><br>**Product Description**<br><br>KEY FEATURES<br><br>**WATER YOUR WAY!** Keep your grass green and lawn lush with the SJI-OMS20 Indestructible Metal Base Oscillating Sprinkler from AQUA JOE. With AQUA JOE's completely customizable coverage patterns, you'll have the control you need to make your home the envy of the entire neighborhood. Just slide and select your range settings to reach every corner of your yard – from the smallest lot to the largest lawn! The 20 sturdy, plastic nozzles provide even water flow and precise dispersal — up to 4,400 sq ft — while the water-powered turbo drive motor ensures optimal coverage. And the extra-long, indestructible metal base provides enhanced stability and durability for tough outdoor use, plus AQUA JOE's durable, metal fittings provide a secure, leak-resistant connection to your standard garden hose. And the built-in clean-out tool quickly clears clogs to help keeps your nozzles clean for continuous, reliable operation, season after season. When it comes to watering, don't stop the flow — Go With Joe®! SJI-OMS20 Indestructible Metal Base Oscillating Sprinkler from AQUA JOE®. GET EQUIPPED®. | [Image: FIG. 2 patent drawing with reference numerals 30, 31, 531', 53', 71, 701, 40, 70, 702, 50, 524, 721, 60, 72, 5.02'] |

US 7,422,162 Claim Element

| US 7,422,162 Claim Element | Snow Joe's SJI-OMS 20 | US 7,422,162 Specification and Drawings, Etc. |
|---|---|---|
| 1.B  Said sprinkle control unit having a blade-equipped gear transmission set housed therein and working together with a water inlet Switching device having an operation unit and a movable Swinging seat, | As depicted below and explained in the product description from Defendants' website, the SJI-OMS16 features a "control unit" (sealed, turbo gear driven unit) with a "gear transmission set." (53)"The gear set" (70) "equipped with blades" (72) working with an "operation unit" (53) and a "movable swinging seat" (52)  **Product Description**  KEY FEATURES  **WATER YOUR WAY!** Keep your grass green and lawn lush with the SJI-OMS20 Indestructible Metal Base Oscillating Sprinkler from AQUA JOE. With AQUA JOE's completely customizable coverage patterns, you'll have the control you need to make your home the envy of the entire neighborhood. Just slide and select your range settings to reach every corner of your yard — from the smallest lot to the largest lawn! The 20 sturdy, plastic nozzles provide even water flow and precise dispersal — up to 4,400 sq ft — while the water-powered turbo drive motor ensures optimal coverage. And the extra-long, indestructible metal base provides enhanced stability and durability for tough outdoor use, plus AQUA JOE's durable, metal fittings provide a secure, leak-resistant connection to your standard garden hose. And the built-in clean-out tool quickly clears clogs to help keeps your nozzles clean for continuous, reliable operation, season after season. When it comes to watering, don't stop the flow — Go With Joe®! SJI-OMS20 Indestructible Metal Base Oscillating Sprinkler from AQUA JOE®. GET EQUIPPED®.  [photo labeled: 53 Operation unit; 70 gear set; 72 Blade; 52 Movable Swinging Seat] | FIG. 2  FIG. 4 |

| US 7,422,162 Claim Element | | Snow Joe's SJI-OMS 20 | US 7,422,162 Specification and Drawings, Etc. |
|---|---|---|---|
| 1.C | said movable Swinging seat being provided with two water stop ends at the bottom thereof, | As depicted below the "movable swinging seat (52) includes two "water stop ends" (522) | |
| 1.C(1) | [two water stop ends] in opposite to two water outlet ports defined on a coupling unit | As depicted above opposite the two "water stop ends" (522) are two "water outlet ports" (51) | FIG. 4 |
| 1.C(2) | and one of said water outlet ports being selectively blocked by one of said water stop ends in operation | As depicted below, due to slant of movable swinging seat, the left of "water outelet ports" (51) is shown being covered by the "left water stop end" (522) and with the movable swinging seat, switches to the reverse will occur. | |

## US 7,422,162 Claim Element

| US 7,422,162 Claim Element | Snow Joe's SJI-OMS 20 | US 7,422,162 Specification and Drawings, Etc. |
|---|---|---|
| 1.D — and a concaved bounded space having push faces defined therein and placed at the center of the top of said movable Swinging seat to operate in cooperation with an actuation stick of the operation unit which comprises an drive rod in connection to said actuation stick operable inside said bounded space so as to move in linkage with said actuation Stick | As depicted below, the top side of the movable swinging seat (52) forms a concave bounded space between two "push faces" (525, 526). The concave bounded space receives and holds the "actuation stick" (532). The actuation stick" (532) connects to the "drive rod" (531) to form in total the "operation unit" (53). As the "drive rod" (531) and the "acutation stick" (532) are connected, when the "drive rod" (531) moves about a pivot point on the "operation unit" (53) to one side, the actuation stick" (532) moves in linked harmony about that pivot point on the"operation unit" (53) to the opposite side. | |

US 7,422,162 Claim Element

| US 7,422,162 Claim Element | | Snow Joe's SJI-OMS 20 | US 7,422,162 Specification and Drawings, Etc. |
|---|---|---|---|
| 1E | whereby as said sprinkle unit Swings to a limiting position set up by a restraint connector in the water inlet Switching operation | As depicted below, the "drive rod" (531) is limited in motion by the "restraint connector" (30). | |
| 1E(1) | the Swinging angle of said actuation Stick is limited within said bounded space and | As depicted below, the "actuation stick" (532) is limited in motion, and therefore swinging angle, by the concave bounded space formed by the top of the "movable swinging seat" (52) and the two "push faces" (525, 526). | |

301599549

**US 7,422,162 Claim Element**

| US 7,422,162 Claim Element | | Snow Joe's SJI-OMS 20 | US 7,422,162 Specification and Drawings, Etc. |
|---|---|---|---|
| 1E(2) | said actuation Stick will move against said push face of said bounded space so as to gradually produce a built-up force to instantaneously spring away said movable Swinging seat whether the water pressure is in high or low operation. | As depicted below, the "actuation stick" (532) bound within the concave space and designed to push agianst the two "push faces" (525, 526), whereby upon pushing against a respecitve push face the respective side of movable swinging seat (52) will spring downaward covering the respective water outlet port (51), whereas actual use of the Accused Product has confirmed said movement will occur whether the water pressure is in high or low operation. | |